IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WALTER E. THOMPSON | * | Case No. 95055531 (MD) (1) |
| | * | Case No. 93-3477 |
| Plaintiffs | * | |
| v. | * | |
| ACamdS, Inc., et al. | * | |
| Defendants | * | |

## ORDER

1. On Motion of Julia D. Wall for substitution in place of Walter E. Thompson, deceased, it appearing to the Court that the said Walter E. Thompson died testate on September 5, 2000; that the claim asserted by him in this action was not thereby extinguished; and that Julia D. Wall has been duly appointed Personal Representative of the Estate of Walter E. Thompson, and is qualified and is acting as such.

**IT IS ORDERED**, that Julia D. Wall, Personal Representative of the Estate of Walter E. Thompson, be substituted as Plaintiff herein in the place of Walter E. Thompson, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE

DATE: 9/20/02